UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
Southern Division

RICARDO MARTINEZ, et al.                     Case No. 1:16-cv-681

    Plaintiffs                                              Hon. Robert J. Jonker

    v.

BLUE STAR FARMS, INC., et al.

    Defendants.
_____/

| | |
|---|---|
| Teresa Hendricks (P46500) | Brion B. Doyle (P67870) |
| Mariza Gamez-Garcia (P64271) | Varnum LLP |
| Benjamin O'Hearn (P79252) | Attorneys for Defendants |
| Migrant Legal Aid | Bridgewater Place, P.O. Box 352 |
| 1104 Fuller Ave., NE | Grand Rapids, MI 49501-0352 |
| Grand Rapids, MI 49503 | (616) 336-6000 |
| (616) 454-5055 | bbdoyle@varnumlaw.com |
| thendricks@migrantlegalaid.com | |
| mgamezgarcia@migrantlegalaid.com | |
| bohearn@migrantlegalaid.com | |

Marni Willenson (Illinois Bar No. 6238365)
Willenson Law, LLC
542 S. Dearborn St., Suite 610
Chicago, IL 60605
(312) 546-4910
marni@willensonlaw.com

Attorneys for Plaintiffs

## **PLAINTIFFS' MOTION TO COMPEL DISCOVERY AND FOR OTHER RELIEF**

Plaintiff, through their attorneys Migrant Legal Aid and Willenson Law, LLC, move this

Court for an order compelling discovery from Defendants and for other relief. For the reasons set

forth in the accompanying brief, Plaintiffs request that this Court enter an order:

1

a)  Compelling Defendants to provide complete records in response to requests for production 6 and 24, including hard copy personnel files for Plaintiffs and putative Class members and Microsoft Excel spreadsheets with time and pay information;

b)  Granting reasonable attorney fees associated with pursuing this motion; and

c)  Any and all other relief this Court deems appropriate.

Date: July 10, 2017

/s/ Benjamin O'Hearn
Teresa Hendricks (P46500)
Mariza Gamez-Garcia (P64271)
Benjamin O'Hearn (P79252)
Migrant Legal Aid
1104 Fuller Ave., NE
Grand Rapids, MI 49503
(616) 454-5055
thendricks@migrantlegalaid.com
mgamezgarcia@migrantlegalaid.com
bohearn@migrantlegalaid.com

Marni Willenson (Illinois Bar No. 6238365)
Willenson Law, LLC
542 S. Dearborn St., Suite 610
Chicago, IL 60605
(312) 546-4910
marni@willensonlaw.com

Attorneys for Plaintiffs