UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

R̲ICARDO M̲ARTINEZ, et al.,

    Plaintiffs,

v.

B̲LUE S̲TAR F̲ARMS, I̲NC., et al.,

    Defendants,

_____/

Hon. Robert J. Jonker

Case No. 1:16-cv-00681-RJJ-PJG

### **ORDER**

This matter is before the Court on Plaintiff's motion to compel discovery. (ECF No. 50, 51).  Defendants responded.  (ECF No. 55).  With leave of Court, plaintiffs filed a reply.  (ECF No. 63).  The Court conducted a hearing on the motion today, at which counsel for all parties appeared and were heard.  Having considered the parties' oral and written submissions, and for the reasons stated on the record, the motion is **GRANTED**.  In addition, the Court having considered the parties' oral and written submissions, **GRANTS** plaintiffs' motion for costs in bringing the motion.  Accordingly,

**IT IS ORDERED** that defendants shall, within fourteen days of the date of this Order, produce to plaintiffs all documents responsive to requests 6 and 24 for the time periods 2011 through 2013.

**IT IS FURTHER ORDERED** that plaintiffs shall, within fourteen days of the date of this Order, file their petition, pursuant to Federal Rule of Civil

Procedure 37(a)(5)(A), for reasonable expenses incurred in bringing the motion to compel.

**IT IS FURTHER ORDERED** that defendants shall, within fourteen days of the filing of plaintiffs' petition for expenses, file a response. Failure to timely file a response will result in a waiver of all issues relating to the petition.

**IT IS SO ORDERED**.

Date: August 4, 2017

/s/Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge